**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **GREATGIGZ SOLUTIONS, LLC,** | |
| Plaintiff, | |
| v. | Case No. 6:20-cv-00652 |
| **UBER TECHNOLOGIES, INC.** | |
| Defendant. | |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff GreatGigz Solutions, LLC and Defendant Uber Technologies, Inc. hereby move for an order dismissing all claims in this action WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B), and according to the terms of an Agreement between the parties. Each party is to bear its own costs, expenses, and attorneys' fees.

Dated: October 15, 2020

/s/  *Thomas Fasone III*

Thomas Fasone III
Texas Bar No. 00785382
tfasone@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**The Mort Law Firm, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR
GREATGIGZ SOLUTIONS, LLC**

/s/  *Jose C. Villarreal*

Jose C. Villarreal
Texas Bar No. 24003113
JVillarreal@perkinscoie.com

**PERKINS COIE LLP**
500 West Second St., Suite 1900
Austin, Texas 78701

**ATTORNEY FOR
UBER TECHNOLOGIES, INC.**